No. 684.   HEISLER *v.* BOARD OF REVIEW, BUREAU OF UNEMPLOYMENT COMPENSATION.                *Per Curiam:* The motion to dis-

miss is granted and the appeal is dismissed for the want of a substantial federal question. *Leo Pfeffer* for appellant. *C. William O'Neill,* Attorney General of Ohio, *Joseph S. Gill,* First Assistant Attorney General, *John W. Hardwick,* Assistant Attorney General, and *Robert E. Leach,* Chief Counsel, for appellee.